UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cv-61070

URGARY STEWART,

    Plaintiff,

v.

PALISADES COLLECTION, LLC,

    Defendant.
_____/

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"),

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant sent letters into this District and sued in this District.

## PARTIES

3. Plaintiff, URGARY STEWART ("STEWART"), is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida. Plaintiff was previously married and known as Urgary Cunningham.

4. Defendant, PALISADES COLLECTION, LLC ("PALISADES"), is a limited liability company organized under the laws of the State of Delaware. It is a citizen of the State of New Jersey with its principal place of business at 210 Sylvan Ave., Englewood Cliffs, NJ 07632.

5. Defendant is registered with the Florida Department of State Division of Corporations as a corporation. Its registered agent for service of process is CT Corporation System, 1200 S. Pine Island Rd., Plantation, Florida 33324.

6. Defendant is registered with the Florida Office of Financial Regulation as a consumer collection agency.

7. Defendant, and its state court counsel, regularly use the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant, and its state court counsel, regularly initiate litigation to collect debts.

9. Defendant, and its state court counsel, are "debt collectors" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

10. Defendant sought to collect from Plaintiff an alleged debt for a consumer loan.

11. The debt was for a personal, household, or family purpose.

12. Defendant, through its previous state court counsel, filed a state court action against Stewart for an alleged credit card debt.

13. Palisades obtained an improper final judgment and improperly garnished Plaintiff's wages.

14. Stewart sued Palisades in federal court and the parties entered into a Settlement Agreement.

15. Per the Settlement Agreement, "[w]ithin fifteen (15) days of the dismissal of the FDCPA Lawsuit, PALISADES shall vacate the final judgment in the Debt Collection Action and dismiss the Debt Collection Action with prejudice."

16. The previous federal lawsuit was dismissed by Stewart on October 12, 2018.

17.     Thus, Palisades was required to move to vacate the state court final judgment no later than October 27, 2018.

18.     Palisades did not move to vacate the state court final judgment until April 12, 2019, and as of April 26, 2019, has not submitted a proposed order or set its motion for hearing.

19.     This caused a lien to be on Plaintiff's real property for an additional six months.

20.     The improper lien clouded the title on Plaintiff's real property.

21.     Defendant's actions caused Plaintiff to incur actual damages including attorney's fees and emotional pain and suffering.

## COUNT I – ATTEMPTING TO COLLECT AN INVALID DEBT IN VIOLATION OF 15 U.S.C §1692g

22.     Plaintiff incorporates Paragraphs 1 through 21.

23.     Defendant continued to impose a lien on Plaintiff's real property and clouded the title to the real property in violation of 15 U.S.C. §1692g.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.  Actual and statutory damages;

    b.  Attorney's fees, litigation expenses and costs of suit; and

    c.  Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

Debt Shield Law
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Tel:    305-776-1805
Fax:    305-503-9457
legal@debtshieldlawyer.com
joel@debtshieldlawyer.com

  */s/ Joel D. Lucoff*
Joel D. Lucoff
Fla. Bar No. 192163
